UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAHU RODRIGUEZ, | No. 2:14-cv-2812 CKD P |
| Petitioner, | |
| v. | ORDER |
| GARY SWARTHOUT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed a request to proceed in forma pauperis or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a request to proceed in forma pauperis on the form provided by the Clerk of the Court or the $5.00 filing fee; petitioner's failure to comply with this order will result in dismissal; and

/////

/////

/////

/////

/////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: December 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rodr2812.101